IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CATHOLIC CHARITIES, DIOCESE OF FORT WORTH, INC., et al.<br><br>*Plaintiffs*,<br>v.<br><br>ERIC HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services[1]; et al.<br><br>*Defendants.* | Civil Action No. 4:12-CV-314-Y |

## JOINT STIPULATION OF DISMISSAL

The parties hereby give notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This stipulation is signed by counsel for all parties who have appeared, and the dismissal is effective without a court order.

---

[1] Eric Hargan, Acting Secretary of the U.S. Department of Health and Human Services, "is automatically substituted as a party" for Sylvia Burwell.  Fed. R. Civ. P. 25(d).

1

Respectfully submitted,

| | |
|---|---|
| /s/ *Tamara Marinkovic Hines* | /s/ *Michelle R. Bennett* |
| Terence Michael Murphy | Ethan Davis |
| Texas State Bar No. 14707000 | *Deputy Assistant Attorney General* |
| Tamara Marinkovic Hines | Joel McElvain |
| Texas State Bar No. 00791175 | *Assistant Director, Federal Programs* |
| Katherine Lyons Wall | *Branch* |
| Texas State Bar No. 24070191 | Michelle R. Bennett |
| Jones Day | *Senior Trial Counsel* |
| 2727 North Harwood St. | United States Department of Justice |
| Dallas, TX  75201 | Civil Division, Federal Programs Branch |
| Tel: (214) 220-3939 | 20 Massachusetts Ave. N.W. |
| Fax: (214) 969-5100 | Washington, DC  20530 |
| Email: tmurphy@jonesday.com | Tel: (202) 305-8902 |
| Email: tmarinkovic@jonesday.com | Fax: (202) 616-8470 |
| Email: klwall@jonesday.com | Email: michelle.bennett@usdoj.gov |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notice of such filing to all attorneys of record.

                                                             /s/ *Tamara Marinkovic Hines*
                                                             Tamara Marinkovic Hines