IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CATHOLIC CHARITIES DIOCESE OF | § | |
| FORT WORTH, INC., ET AL. | § | |
| | § | CIVIL ACTION NO.  4:12-CV-314-Y |
| V. | § | |
| | § | |
| ERIC HARGAN, IN HIS OFFICIAL | § | |
| CAPACITY AS ACTING SECRETARY OF | § | |
| THE U.S. DEPARTMENT OF HEALTH | § | |
| AND HUMAN SERVICES, ET AL. | § | |

## **FINAL JUDGMENT**

In accordance with Joint Stipulation of Dismissal (doc. 126) filed on October 24, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne as agreed by the parties or, if there is no agreement, by the party incurring them.

SIGNED January 11, 2018.


_Terry R. Means_
_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE


TRM/sbt